UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BRYAN KUBICEK,<br><br>           Plaintiff,<br><br>    v.<br><br>AEGION CORPORATION, STEPHEN P. CORTINOVIS, STEPHANIE A. CUSKLEY, WALTER J. GALVIN, RHONDA GERMANY BALLINTYN, CHARLES R. GORDON, M. RICHARD SMITH, and PHILLIP D. WRIGHT,<br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 1:21-cv-00579-LPS<br><br>**COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: June 24, 2021

                                              **LONG LAW, LLC**

                                    By:   */s/ Brian D. Long*
                                                   Brian D. Long (#4347)
                                                   3828 Kennett Pike, Suite 208
                                                   Wilmington, DE 19807
                                                   Telephone: (302) 729-9100
                                                   Email: BDLong@longlawde.com

                                                 *Attorneys for Plaintiff*